UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MG FREESITES LTD,

                              Plaintiff,

           -v-

SCORPCAST, LLC d/b/a HAULSTARS,

                              Defendant.

22 Misc. 361 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 19, 2022, plaintiff MG Freesites filed a motion to quash certain non-party subpoenas issued by defendant Scorpcast, LLC d/b/a HaulStars ("Scorpcast"). Dkt. 1. Service of this motion and supporting papers on Scorpcast was completed on December 16, 2022. Dkt. 5. Scorpcast's opposition, if any, is due December 27, 2022.

SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                                     Paul A. Engelmayer
                                                                     United States District Judge

Dated: December 19, 2022
       New York, New York