UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MG FREESITES LTD,

                Plaintiff,

SCORPCAST, LLC D/B/A HAULSTARS,

                Defendant.

22 Misc. 361 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 19, 2022, the Court ordered defendant Scorpcast, LLC d/b/a HaulStars ("Scorpcast") to respond, by December 27, 2022, to MG Freesites LTD's ("MG Freesites") motion to quash certain subpoenas. Dkt. 6. Scorpcast has not responded to the motion or otherwise appeared in this action. While Freesites has filed proof of service of the initiating papers in this matter, *see* Dkt. 5, Freesites has not filed proof of service of the December 19, 2022 order upon Scorpcast.

Accordingly, the Court will extend the deadline for Scorpcast to respond to January 9, 2023. The Court orders MG Freesites to serve this order and the Court's December 19, 2022 order upon Scorpcast by January 2, 2023.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: December 29, 2022
       New York, New York