UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MG FREESITES LTD,

                              Plaintiff,

          -v-

SCORPCAST, LLC d/b/a HAULSTARS,

                             Defendant.

22 Misc. 361 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 31, 2023, plaintiff MG Freesites filed a motion to quash certain non-party subpoenas issued by defendant Scorpcast, LLC d/b/a HaulStars ("Scorpcast"). Dkt. 12. The Court directs MG Freesites to serve the motion and supporting papers on Scorpcast by February 3, 2023, and to file proof of service with the Court. Scorpcast's opposition, if any, is due February 10, 2023.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: January 31, 2023
       New York, New York